# UNITED STATES DISTRICT COURFILED

**EASTERN**   DISTRICT OF   **CALIFORNIA**   FEB 0 9 2005

——————oOo——————

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ᵇᵛ ————————————
Deputy Clerk

UNITED STATES OF AMERICA

v.

RYAN DANIEL LEWIS

## CRIMINAL COMPLAINT

7825 Fox Hill Lane, Newcastle, California

CASE NUMBER:  2: 05-MJ -0036 PAN

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 2005** in **Placer** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **Knowingly and maliciously damaged or attempted to damage by means of fire or explosive, a building or other real or personal property used in or affecting interstate commerce.**

in violation of Title **18**, United States Code, Section(s) **844(i) and 2 and 844(n)**. I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

▸ **See Attachment A**

**X** Continued on the attached sheet and made a part hereof.

Signature of Complainant ANGELA Y. ARMSTRONG
FBI SPECIAL AGENT

Sworn to before me, and subscribed in my presence

FEBRUARY 9. 2005 _____   at   SACRAMENTO. CALIFORNIA _____

Date

City and State

PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

5

1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

**FILED**

FEB 0 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA      )     CR. NO. S- 2:05-MJ-00036 HJN
                                 )
10              Plaintiff,       )     ORDER TO SEAL
                                 )     (UNDER SEAL)
11       v.                      )
                                 )
12  SEALED,                      )
                                 )
13              Defendant.       )
                                 )
14  _____)

15

16      IT IS HEREBY ORDERED that the Complaint, the Ex Parte

17  Application for a Limited Sealing of the Complaint, and this

18  Order, in the above referenced case, shall be sealed for a period

19  of 60 days or until further order of the Court.

20  DATED: 2-9-2005

21

22

23                               HON  PETER A. NOWINSKI
                                 United States Magistrate Judge
24

25

26

27

28

                                 3

1

2  **EASTERN DISTRICT OF CALIFORNIA**

3  **SACRAMENTO, CALIFORNIA**

4  AFFIDAVIT

5  I.   BACKGROUND AND EXPERIENCE OF AGENT

6  I, Angela Y. Armstrong, Special Agent of the

7  Federal Bureau of Investigation (FBI), United States

8  Department of Justice, having been duly sworn, do depose and

9  state the following:

10  1.   I have been a Special Agent of the FBI since

11  June 2002.  I have been assigned to the Domestic Terrorism

12  squad for the Sacramento Division since my arrival in

13  Sacramento in November 2002, and have investigated primarily

14  those matters involving sovereign citizens, including fraud,

15  threats to use weapons of mass destruction, and white

16  supremacists.

17  2.   I am currently investigating a series of three

18  interrelated arsons that are believed to have been committed

19  by members of the Earth Liberation Front (ELF) eco-terrorist

20  group.  The targets of each of these arson attacks were

21  buildings under construction which, upon completion, were to

22  be sold or rented in the local real estate market.  I am

23  aware that it is a violation of 18 U.S.C. § 844(i) to use

24  fire to damage or destroy a building used in or affecting

25  interstate commerce.

26  3.   Based on my personal participation in this

27  investigation, including my discussion with other

28  investigating agents, other law enforcement agencies, and

1

1   interviews with reliable witnesses, I am familiar with the
2   facts and circumstances of this investigation.  The
3   information set forth herein, in this Affidavit, reflects my
4   personal knowledge or has been provided to me by other law
5   enforcement officers, investigative analysts and agents with
6   whom I have spoken, or whose reports I have reviewed.

7       4.   This affidavit is made in support of a warrant
8   for the arrest of RYAN DANIEL LEWIS for a violations of 18
9   U.S.C. §§ 844(i) (arson) and 844(n) (conspiracy to commit
10  arson) and 2 (aiding and abetting).

11      II.  PROBABLE CAUSE

12      A.   Background of ELF

13      5.   The Earth Liberation Front (ELF) is a
14  recognized eco-terrorist group.  A major concern of ELF is
15  suburban real estate development.  Environmental extremists
16  under the Earth Liberation Front banner have been known to
17  use arson and sabotage to attempt to stop development.  Since
18  1997 estimates of damage inflicted by ELF run in excess of
19  $100 million.

20      6.   ELF adherents share a strong philosophical
21  connection to the anarchist movement.

22      B.   12/27/2004 Attempted Arson in Lincoln, CA

23      7.   On December 27, 2004, at the Verdera Models
24  construction site located in Lincoln, CA incendiary devices
25  were located in three houses under construction on Flores
26  Court in the Twelve Bridges development.  These devices were
27  capable of causing extensive fire damage to the structures if
28  they had successfully functioned.  The Placer County Bomb

2

1    Squad, utilizing their EOD (explosives ordnance disposal)
2    robot, rendered these devices safe.

3            8.    Graffiti was discovered on another house under
4    construction in the same development.  The graffiti found at
5    the scene included notations such as "Enjoy the world as is -
6    as long as you can", "U will pay", "Evasion", "4 Q" and
7    "Leave".  This house also sustained broken windows.  The
8    letters "ELF" were painted in the cul-de-sac where these
9    homes were located.  Across the street from this house a
10   tractor had been vandalized with the notation "Disarm or
11   die".

12           9.    The four incendiary devices that were found at
13   the scene are described as being a white plastic five gallon
14   bucket containing a gasoline/diesel mixture.  On top of each
15   of the white five gallon buckets, there was afixed, a sixteen
16   inch by sixteen inch square wooden truss assembly, to which
17   was afixed, a white plastic manual kitchen timer with red
18   electrical wires leading to a road flare.  Attached to the
19   dial of the kitchen timer were wooden matches, red tape with
20   a 9-volt Duracel battery and connector.  Attached to the
21   striker end of the road flare were several paper matches
22   taped with black electrical tape.  Inside the taped matches
23   were igniters.  Also found at scene, were several areas of
24   graffiti using blue spray paint.  The ends of the electrical
25   wires were cut and soldered.  The wooden matches were glued
26   to the dial of the manual kitchen timer.

27           C.    01/12/2005 Attempted Arson in Auburn, CA
28           10.   On January 12, 2005, five incendiary devices

                                3

1   were located in a commercial building under construction in
2   Auburn, California that, upon completion, were to be rented
3   as doctor's offices.  The devices were found at 440 Auburn
4   Folsom Road, which is part of the Parkhill Professional
5   Center.

6           11.  The incendiary devices were found by
7   construction workers who notified the Auburn Police
8   Department.  The Auburn Police Department, along with the
9   Placer County Sheriffs Department EOD (explosives ordnance
10  disposal), rendered the devices inoperable.

11          12.  The incendiary devices found at the Auburn
12  site are similar to the devices discovered in Lincoln, CA on
13  December 27, 2004, at the Verdera at Twelve Bridges
14  construction site.

15          13.  The five incendiary devices that were found at
16  the scene are described as being white and orange plastic
17  five gallon buckets containing a gasoline/diesel mixture.  On
18  top of each of the plastic five gallon buckets, there were
19  pieces of wooden framing material to which was afixed a white
20  plastic manual kitchen timer with green electrical wires
21  leading to a fifteen minute road flare.  The green electrical
22  wires were attached to the kitchen timer with yellow and
23  black tape.  Attached to the dial of the kitchen timer were
24  wooden matches, a 9-volt Duracel battery, and electrical
25  connectors.  Attached to the striker end of the road flare
26  were several paper matches taped with yellow, green, and
27  black electrical tape.  Inside the taped matches were
28  igniters.  The ends of the electrical wires were cut and

4

1  soldered.  The wooden matches were glued to the dial of the
2  manual kitchen timer.

3              D.  01/15/2005 "Emma Goldman" Letter

4              14.  On January 15, 2005, a letter claiming
5  responsibility for "the actions taken in Placer County (CA)"
6  was received by several media outlets including the  Auburn
7  Journal, Roseville Press Tribune, Lincoln Ledger, and
8  Sacramento Bee.  The letter mentions the "4 homes in JTS
9  Communities Twelve Bridges housing development in the city of
10 Lincoln and the Park Hill Office buildings under
11 construction, in the city of Auburn," both located in Placer
12 County.

13             15.  The return address on the letter indicated it
14 was from "Emma Goldman."  Emma Goldman is a major figure in
15 the history of anarchism.  As previously indicated there is a
16 strong connection between the ELF and the anarchist movement.

17             16.  The rambling, two-page letter, which appears
18 to have been computer generated, generally decries various
19 aspects of modern life, including real-estate development,
20 and promises that "there will be at least one or more actions
21 every few weeks."

22             17.  The letter concludes, "With sincere love,
23 'Agent Emma Goldman and the Crimethinc Senior Officers of the
24 Earth Liberation Front'" and also references eight  websites,
25 including "www.crimthinc.com." The latter website describes
26 itself as an "ex-workers' collective" and generally expresses
27 an anarchistic philosophy.

28

                                                         5

1          E.   02/07/2005 Arson in Sutter Creek

2          18.   On 02/07/2005, seven incendiary devices were
3 found in five buildings of the Pinewoods Apartment Homes
4 complex, located at 1 Pinewoods Lane, Sutter Creek, CA.
5 These buildings were either completed or in the final stages
6 of construction. Some of the renters were scheduled to move
7 in that same day.

8          19.   Graffiti found at the site included "ELF" and
9 "We will win" in red paint.

10          20.   Upon activation of the fire alarms at the
11 apartment complex, the apartment manager contacted the Sutter
12 Creek Fire Department. Sprinkler systems installed in the
13 Buildings extinguished six of the seven devices. The fire
14 caused by one device was extinguished by the fire department.
15 Damage was estimated at $50,000 by the general contractor, J.
16 R. Roberts.

17          21.   The devices, all in various stages of being
18 burned, appear to be constructed using materials consisting
19 of, but not limited to, plastic milk jugs, flammable liquids,
20 matches and sponges. This is unlike the construction of
21 those devices found on December 27, 2004 in Lincoln, CA and
22 on January 12, 2005 in Auburn, CA.

23          22.   Sutter Creek is located approximately 45 miles
24 southeast of Sacramento, approximately 55 miles from Auburn,
25 and approximately 62 miles from Lincoln, CA, sites of recent
26 attempted arsons within the Sacramento area.

27          23.   Found at the seven burn sites, the devices
28 consisted of plastic containers filled with gasoline. The

6

1   containers ranged from 20-ounce to 64-ounce to one gallon
2   plastic milk containers. Several of the containers were
3   placed at the scene in black plastic bags. One of the
4   incendiary devices had a blue colored latex glove as a wick.
5   Found adjacent to one of the devices was a white plastic cap-
6   like lid. Attached to several of the containers were the
7   remains of burned green sponge/scouring pads and clear
8   plastic one-inch diameter plastic containers. Also found at
9   the site was graffiti saying, "We will win" and "ELF" spray-
10  painted with red paint on the exterior of a metal storage
11  building. Adjacent to the Sutter Creek site, tire
12  impressions and shoe prints were found in the soil adjacent
13  to the area of egress.

14          F.   Interview of Citizen Informant

15          24.   On 02/08/2005, a citizen informant was
16  interviewed and related the following information. On
17  01/13/2005, the citizen informant had a chance conversation
18  with Greg Lewis, the father of Ryan Lewis. During that
19  conversation, Lewis opined to the informant that he thought
20  his son, Ryan Lewis, was involved in the arson attempt in
21  Auburn, CA the previous day. The informant stated that Lewis
22  believed his son was involved because of Ryan's political
23  views, because his pickup truck was missing the night of the
24  arson, and because he found red diesel in the bed of the
25  truck the next day. Lewis then told the informant that he
26  confronted his son, Ryan that same day, January 13, 2005 with
27  the above information, including that the news reported that
28  red diesel was found at the site of the attempted arson in

7

1  Auburn, CA.  Ryan neither confirmed nor denied that he had
2  any involvement in or knowledge of the attempted arsons.
3  Greg Lewis also confided in the informant that he believed
4  that his son was involved in the arsons.

5              G.   Interview of Greg Lewis

6              25.   On 02/08/2005, Agents interviewed Greg Lewis.
7  During that interview, Lewis stated that he believed his son
8  was involved in the attempted arson, repeating the above
9  stated facts, to include that, after Lewis confronted Ryan,
10 Ryan reacted by "fluttering his eyes" and by being non-
11 responsive.  Lewis also stated that, because he was a general
12 contractor, he had all the components of the Auburn and
13 Lincoln attempted arsons except for the red diesel, gasoline,
14 and flares.

15             26.   The Greg Lewis interview took place in the
16 shed on his property.  At the conclusion of the interview,
17 Agents observed a skateboard that Greg Lewis identified as
18 belonging to his son, Ryan Lewis.  Agents observed writings
19 on the skateboard including the words and phrases,
20 "crimethinc", "art as terrorism", "this means war", "the
21 trigger has been pulled", and "you will find your only safety
22 is in danger."

23             27.   Greg Lewis also stated on Monday February 07,
24 and Tuesday, February 08, that he observed in the back of
25 Ryan's Subaru, black plastic bags containing one gallon,
26 empty, plastic milk jugs and other empty plastic containers.

27

28

                                 8

1        H.   Interview of Ryan Lewis

2        28.   On 02/08/2005, Ryan Lewis was interviewed by
3   FBI/JTTF Agents.   After initially denying any knowledge of
4   the arson attempts, Ryan Lewis admitted to transporting to
5   the Auburn arson scene, components of the incendiary devices
6   knowing that they would be used to commit an arson.   These
7   components included six, white, five-gallon buckets
8   containing a mixture of red diesel and gasoline.   Ryan Lewis
9   also admitted to having stolen the red diesel fuel from four
10  construction sites in the Auburn area.   He also admitted to
11  knowing and being in contact with the individuals who
12  committed the attempted arsons prior to the arsons.

13       29.   Ryan claimed that he did not have any
14  involvement with the Lincoln arson attempt and that he does
15  not know the identity of the persons who committed that crime
16  or who used his components to commit the Auburn attempted
17  arson.   He claimed that following the Lincoln arson attempt,
18  he communicated with the perpetrators of that crime who
19  directed him to deliver the components to the Auburn
20  location.

21       30.   Ryan Lewis acknowledged being aware that Emma
22  Goldman was a eminent anarchist.   He was asked about the
23  word, "crimethinc" written on his skateboard and he
24  acknowledged that he agreed with the philosophy expressed by
25  crimethinc.

26       31.   During the interview, Agents observed that
27  Ryan Lewis had a tube of medicinal cream in his hands.
28  Agents asked Ryan Lewis about the cream and Lewis responded

9

1   that it was for his case of poison oak.  Agents observed the
2   poison oak on his right elbow and legs.

3          32.  The above fact is significant because at the
4   Sutter Creek arson site, investigators discovered that the
5   suspect(s) egressed through an area with a heavy growth of
6   poison oak.

7                    III.   CONCLUSION

8          33.  Based on the facts set forth in this
9   Affidavit, I have probable cause to believe that Ryan Lewis
10  has violated Title 18 U.S.C. Sections 844(i) and 2 (Arson and
11  aiding and abetting).  I also have probable cause to believe
12  that Ryan Lewis has violated Title 18 U.S.C. Sections 844(n)
13  (Conspiracy to commit arson).

14         34.  Based upon the number of devices found at
15  each location and the time it would take to transport, place
16  and activate each of the devices, it is likely that more than
17  one individual was involved at each location.    Ryan,
18  himself, indicated that he did not act alone.  His statement
19  that he was not involved with the Lincoln arson attempt, and
20  only transported devices to the Auburn location, may be an
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

                          10

1   effort to minimize his culpability in light of the fact that

2   the components of those two arsons were virtually identical.

3       I declare under penalty of perjury under the laws of

4   the United States of America that the foregoing is true and

5   correct to the best of my knowledge and belief, and that this

6   affidavit.

7

8                               Angela Y. Armstrong
                                Special Agent
9                               Federal Bureau of Investigation
10                              Sacramento, California

11  Subscribed and sworn to before me this ____ day of __Feb.____ ,
    __2005__ .
12

13

14                              U.S. Magistrate

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                11