```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 551-2724
```



FILED

FEB 2 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CR.S- 05 - 0083 EJG

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S- |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 844(i) - Attempted Arson (3 Counts); 18 U.S.C. § 844(i) - Arson (5 Counts) |
| v. | |
| RYAN DANIEL LEWIS, | |
| Defendant. | |

**I N D I C T M E N T**

COUNT ONE: [18 U.S.C. § 844(i) - Attempted Arson]

The Grand Jury charges: T H A T

RYAN DANIEL LEWIS,

defendant herein, on or about December 27, 2004, in the County of Placer, State and Eastern District of California, did knowingly and maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate commerce, and in activities affecting interstate commerce, specifically, a residential home under construction and intended for sale in the residential real estate market, located at 308 Flores Court in the Twelve Bridges

1  development, Lincoln, California, in violation of Title 18,
2  United States Code, Section 844(i).
3  COUNT TWO: [18 U.S.C. § 844(i) - Attempted Arson]
4      The Grand Jury further charges:  T H A T
5      RYAN DANIEL LEWIS,
6  defendant herein, on or about December 27, 2004, in the County of
7  Placer, State and Eastern District of California, did knowingly
8  and maliciously damage and destroy, and attempt to damage and
9  destroy, by means of fire, a building and other real and personal
10 property used in interstate commerce, and in activities affecting
11 interstate commerce, specifically, a residential home under
12 construction and intended for sale in the residential real estate
13 market, located at 312 Flores Court in the Twelve Bridges
14 development, Lincoln, California, in violation of Title 18,
15 United States Code, Section 844(i).
16 COUNT THREE: [18 U.S.C. § 844(i) - Attempted Arson]
17     The Grand Jury further charges:  T H A T
18     RYAN DANIEL LEWIS,
19 defendant herein, on or about January 12, 2005, in the County of
20 Placer, State and Eastern District of California, did knowingly
21 and maliciously attempt to damage and destroy, by means of fire,
22 a building and other real and personal property used in
23 interstate commerce, and in activities affecting interstate
24 commerce, specifically, a commercial building under construction
25 located at 440 Auburn Folsom Road, Auburn, California, in
26 violation of Title 18, United States Code, Section 844(i).
27 ///
28

1 | COUNT FOUR: [18 U.S.C. § 844(i) - Arson]
2 |     The Grand Jury further charges: T H A T
3 |               RYAN DANIEL LEWIS,
4 | defendant herein, on or about February 7, 2005, in the County of
5 | Sutter, State and Eastern District of California, did knowingly
6 | and maliciously damage and destroy, and attempt to damage and
7 | destroy, by means of fire, a building and other real and personal
8 | property used in interstate commerce, and in activities affecting
9 | interstate commerce, specifically, a 24-unit apartment building
10 | located at 1 Pinewoods Lane, Building 1, Sutter Creek,
11 | California, in violation of Title 18, United States Code, Section
12 | 844(i).
13 | COUNT FIVE: [18 U.S.C. § 844(i) - Arson]
14 |     The Grand Jury further charges: T H A T
15 |               RYAN DANIEL LEWIS,
16 | defendant herein, on or about February 7, 2005, in the County of
17 | Sutter, State and Eastern District of California, did knowingly
18 | and maliciously damage and destroy, and attempt to damage and
19 | destroy, by means of fire, a building and other real and personal
20 | property used in interstate commerce, and in activities affecting
21 | interstate commerce, specifically, a 16-unit apartment building
22 | located at 1 Pinewoods Lane, Building 2, Sutter Creek,
23 | California, in violation of Title 18, United States Code, Section
24 | 844(i).
25 | COUNT SIX: [18 U.S.C. § 844(i) - Arson]
26 |     The Grand Jury further charges: T H A T
27 |               RYAN DANIEL LEWIS,
28 | defendant herein, on or about February 7, 2005, in the County of

1  Sutter, State and Eastern District of California, did knowingly
2  and maliciously damage and destroy, and attempt to damage and
3  destroy, by means of fire, a building and other real and personal
4  property used in interstate commerce, and in activities affecting
5  interstate commerce, specifically, a 24-unit apartment building
6  located at 1 Pinewoods Lane, Building 3, Sutter Creek,
7  California, in violation of Title 18, United States Code, Section
8  844(i).
9  COUNT SEVEN: [18 U.S.C. § 844(i) - Arson]
10     The Grand Jury further charges:  T H A T
11                 RYAN DANIEL LEWIS,
12 defendant herein, on or about February 7, 2005, in the County of
13 Sutter, State and Eastern District of California, did knowingly
14 and maliciously damage and destroy, and attempt to damage and
15 destroy, by means of fire, a building and other real and personal
16 property used in interstate commerce, and in activities affecting
17 interstate commerce, specifically, a 24-unit apartment building
18 located at 1 Pinewoods Lane, Building 4, Sutter Creek,
19 California, in violation of Title 18, United States Code, Section
20 844(i).
21 COUNT EIGHT: [18 U.S.C. § 844(i) - Arson]
22     The Grand Jury further charges:  T H A T
23                 RYAN DANIEL LEWIS,
24 defendant herein, on or about February 7, 2005, in the County of
25 Sutter, State and Eastern District of California, did knowingly
26 and maliciously damage and destroy, and attempt to damage and
27 destroy, by means of fire, a building and other real and personal
28 property used in interstate commerce, and in activities affecting

1 | interstate commerce, specifically, a 24-unit apartment building
2 | located at 1 Pinewoods Lane, Building 5, Sutter Creek,
3 | California, in violation of Title 18, United States Code, Section
4 | 844(i).

5 |                                     A TRUE BILL.

7 |                                     /s/ Signature on file w/AUSA
                                        FOREPERSON

9 | McGREGOR W. SCOTT
  | United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

### RYAN DANIEL LEWIS

### I N D I C T M E N T

**CR.S- 0 5 - 0 0 8 3 EJG**

**VIOLATION(S):**
18 U.S.C. § 844(i) - Attempted Arson (3 Counts); 18 U.S.C. § 844(i) Arson (5 Counts)-

A true bill,

/S/

Foreman.

Filed in open court this 24/th _____ day of February _____, A.D. 20 05

Dep. Clerk.

A QUORUM OF 16 WAS PRESENT

Bail, $ _____

GPO 863 525

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### RYAN DANIEL LEWIS

INDICTMENT      CR.S- 0 5 - 0 0 8 3 LJO

**VIOLATION(S):** 18 U.S.C. § 844(i) - Attempted Arson (3 Counts); 18 U.S.C. § 844(i) - Arson (5 Counts)

A true bill,

/s/

_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail, $ _____

GPO 863 525

After consulting with the representative of the United States Attorney, the Court is satisfied that a quorum of the grand jury was present during the presentation of the indictment and that at least 12 grand jurors voted to indict.

PENALTY SLIP
RYAN DANIEL LEWIS

CR.S- 0 5 - 0 0 8 3 EJG

**COUNTS 1 thru 3**
VIOLATION:      18 U.S.C. § 844(i) - Attempted Arson
PENALTY:        Mandatory minimum 5 to 20 years imprisonment,
                Not more than $250,000 fine, or both;
                5-year term supervised release.

**COUNTS 4 thru 8**
VIOLATION:      18 U.S.C. § 844(i) - Arson
PENALTY:        Mandatory minimum 5 to 20 years imprisonment,
                Not more than $250,000 fine, or both;
                5-year term supervised release.
ASSESSMENT:     Mandatory $100 special assessment each count.