FILED
March 10, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                           )    Case No. Cr S-05-0083 EJG
        Plaintiff,         )
v.                         )    ORDER FOR RELEASE OF
                           )    PERSON IN CUSTODY
Lili Holland,              )
                           )
        Defendant.         )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Lili Holland Case No. Cr S-05-0083 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

  X   (Other)  $300,000 appearance bond secured by Real Property to be submitted within 14 days; $300,000 unsecured bond to be signed by 4 sureties today; 3rd party custody of mother, Denise Barnes; pending electronic monitoring; PTS conditions/supervision

Issued at Sacramento, CA on March 10, 2005 at 3:15 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge